**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WILLIAM H. WILSON, | : | No. 19 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN A. VASKOV, ESQUIRE DEPUTY | : | |
| PROTHONOTARY OF THE SUPREME | : | |
| COURT OF PENNSYLVANIA IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Application for Leave to Amend is DISMISSED AS MOOT.